DAVID L. ANDERSON (CABN 149604)
United States Attorney

HALLIE HOFFMAN (CABN 210020)
Chief, Criminal Division

RAVI T. NARAYAN (IABN AT0011948)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7369
    FAX: (415) 436-7200
    Ravi.Narayan@usdoj.gov

Attorneys for United States of America

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. 18-CR-358-CRB |
| Plaintiff, | STIPULATION AND [PROPOSED] ORDER TO DISMISS FORM 12 CHARGE |
| v. | |
| MALIK NGUMEZI, | |
| Defendant. | |

On July 22, 2020, the parties appeared before the Court, by Zoom, regarding the 3rd Amended Petition for Warrant for Person Under Supervision (Form 12) against defendant Malik Ngumezi. At the hearing, Ngumezi admitted Charges 1 through 11, and the Court dismissed Charge 12. Pursuant to the parties' agreed-upon disposition, the Court sentenced Ngumezi to 5 months' custody, 12 months' supervised release, and added certain terms of supervision.

Though the parties resolved Charges 1 through 12 at the hearing, the parties inadvertently left Charge 13 outstanding. Charge 13 alleges that Ngumezi associated with felons. The parties now stipulate and agree that Charge 13 should be dismissed by the Court. The parties further agree that the sentence imposed by the Court on July 22, 2020, should otherwise stand as imposed.

IT IS SO STIPULATED.

STIPULATION AND [PROPOSED] ORDER     1
18-CR-358-CRB

DATED: July 27, 2020         /s/
RAVI T. NARAYAN
Assistant United States Attorney

DATED: July 27, 2020         /s/
STEVEN G. KALAR
Counsel for Defendant Malik Ngumezi

**[PROPOSED] ORDER**

As agreed to by the parties, Charge 13 of the Form 12 is dismissed. The sentence otherwise stands as imposed by the Court.

IT IS SO ORDERED.

DATED: July 27, 2020

CHARLES R. BREYER
United States District Judge